**11 CIV. 1223**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE Dunham
_____

_____

(In the space above enter the full name(s) of the plaintiff(s).)

v.

Defendant No. 1  City of New York
100 Church Street New York, NY 10017
Defendant No. 2  NYC Police Department / Raymond Kelly Commissioner
One Police Plaza New York, NY 10010
Defendant No. 3  Police officer lemar Oliver Sheild No# 22896 / 42nd
New York City Police Department K-9 unit
Defendant No. 4  John Doe - Attending Phs / Lincoln hospital 234 E. 149th Street
Bx, NY 10451
Defendant No. 5  _____

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. No addresses should be included here.)

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983

Jury Trial: Yes ✓ No ___
(check one)

I.   Parties in this complaint:

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name  Jermaine Dunham
             ID #  11R0201
             Current Institution  Ulster Corr- Fac-
             Address  Ulster Correctional Facility
             P.O. Box 800 Napanoch, NY 12458

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

1

Defendant No. 1    Name _Lemar Oliver_____ Shield # _22896_
                   Where Currently Employed _New York Police Department_
                   Address _____

Defendant No. 2    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____

Defendant No. 3    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____

Defendant No. 4    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____

Defendant No. 5    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____

## II.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? _N/A_

B.    Where in the institution did the events giving rise to your claim(s) occur? _N/A_

C.    What date and approximate time did the events giving rise to your claim(s) occur? _N/A_

| | |
|---|---|
| What happened to you? | D. Facts: On or about the 14th day of Febuary 2008, I was stopped by Police Officer Lemar Oliver Shield No. 22896 and asked to produce Identification, upon Compliance I was told to get against the wall, At the time i complied. And although I had some drinks at a friends house and was walking home. During which time he approached with his K-9 Dog, which started to bark at me, I asked the officer to hold |
| Who did what? | his dog and he stated "No! He's an officer and can search you too". The officer then let the leash go and the dog jumped upon me and I tried to fend the dog off and save my life. |
| Was anyone else involved? | |
| Who else saw what happened? | |

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Due to the nature of the attack I recieved multiple dog bites on my left arm and a puncture whithin and through my muscle and veins just missing my main arteries in the left arm at the Elbow/Forearm left side of my Neck. I Recieved another bite which pierced my vein and caused tears and ruptures in my neck, I was also bitten on my left ear and it was punctured, also bitten in the head at the rear. I recieved staples in the head, Am scheduled for skin-graph surgery and required severe treatment to stop bleeding and to heal wounds and to prevent infections.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act of 1995, 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___ No ✓

3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). __N/A__

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?
    Yes ____   No ____   Do Not Know _✓_

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?
    Yes ____   No ____   Do Not Know _✓_
If YES, which claim(s)? _____

D.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose not cover some of your claim(s)?
    Yes ____   No ____   Do Not Know _✓_
If YES, which claim(s)? _____

E.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?
    Yes ____   No _✓_
If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?
    Yes ____   No _✓_

F.  If you did file a grievance, about the events described in this complaint, where did you file the grievance? __N/A__

   1.  Which claim(s) in this complaint did you grieve? __N/A__

   2.  What was the result, if any? __N/A__

   3.  What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. __N/A__

G.  If you did not file a grievance, did you inform any officials of your claim(s)?

4

Yes ____ No ✓

1. If YES, whom did you inform and when did you inform them? N/A

2. If NO, why not? N/A

I. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Outside of the Scope of the DOCS Grievance Committe.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the court to do for you. I Suffer from Physical Ailments, Mental Anguish, duress And Now have Sever Pain, Permanent damages to my Nerves And damage to my left arm. I Seek Relief At $7.8 million dollars 7. million dollars in Compensatory damages, 3 million dollars in duress, mental Anguish And physical disability damages And 2-8 in punitive damages from Police officer Lemar Oliver Shield No.#22896 Individually

## VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B. If your answer to A is YES, describe each lawsuit in questions 1 through 7 on the next page. (If

5

there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to this previous lawsuit:
Plaintiff **JERMAINE DUNHAM**
Defendants **City of New York, Raymond Kelly-Commissioner NYPD, Police officer Lemar Oliver K-9 NYPD, 42nd Precinct, John Doe/Lincoln hos.**
2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number **N/A**
4. Name of Judge assigned to your case **N/A**
5. Approximate date of filing lawsuit **2/3/11**
6. Is the case still pending? Yes ___ No **✓**
If NO, give the approximate date of disposition _____
7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) **N/A**

**On other claims**

D. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ___ No **✓**

E. If your answer to D is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to this previous lawsuit:
Plaintiff **N/A**
Defendants **N/A**
2. Court (if federal court, name the district; if state court, name the county) **N/A**

3. Docket or Index number **N/A**
4. Name of Judge assigned to your case **N/A**
5. Approximate date of filing lawsuit: **N/A**
6. Is the case still pending? Yes ___ No **✓**
If NO, give the approximate date of disposition **N/A**
7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) **N/A**

Signed this _3_ day of _Febuary_, 20_11_. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Plaintiff _Jermaine Dunham_
Inmate Number _11R0201_
Mailing address _ULSTER CORR-FAC-_
_P.O. BOX 800_
_750 BERME RD_
_NAPANOCH, N.Y 12458_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _3_ day of _Febuary_, 20_11_, I will deliver this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Jermaine Dunham_

rev. 09/04

7