DUPLICATE   ORIGINAL   **11 cv. 1223 (NRB)**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jermaine Dunham
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

City of New York
100 Church Street New York, NY 10017
NYC Police Department / Raymond Kelly Commissioner
One Police Plaza New York, NY 10010
Police officer philip lobello shield #21193/K-9 unit
New York city police Department K-9 unit
Police officer lemar Oliver shield #22896/42nd
New York city police Department
Alain Polynicel lincoln hospital 234 E.149th street
Bx, NY 10451 Attending PhS.

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**AMENDED**
**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☑ Yes   ☐ No
(check one)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/11

I.  **Parties in this complaint:**

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Jermaine Dunham
            ID #  11R0201
            Current Institution  Great Meadow Corr-fac-
            Address  Great Meadow Correctional facility
                     11739 State Route 22 / P.O. Box 51 Comstock, NY 12821

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  Philip lobello                    Shield # 21193
                  Where Currently Employed  New York city police Department/K-9 unit
                  Address  _____

AUG 31 2011
PRO SE OFFICE

*Rev. 05/2010*                                  1

Defendant No. 2    Name **lemAR Oliver**    Shield # **22896**
Where Currently Employed **New York police Department**
Address _____

Defendant No. 3    Name _____    Shield #_____
Where Currently Employed _____
Address _____

Defendant No. 4    Name _____    Shield #_____
Where Currently Employed _____
Address _____

Defendant No. 5    Name _____    Shield #_____
Where Currently Employed _____
Address _____

II.    **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?
**N/A**

B.    Where in the institution did the events giving rise to your claim(s) occur?
**N/A**

C.    What date and approximate time did the events giving rise to your claim(s) occur?
**N/A**

*Rev. 05/2010*                          2

D. Facts: On the 14th day of Febuary 2008 sometime after midnight, I left the home of an associate of mine. I had some drinks at thier house and at the end of the night I left and was walking home. On my way to a local train station I was stopped by police officer philip lobello, shield number 21193 and was asked to produce identification. Upon compliance with the request i was told to get against the wall, at which time i complied as well. As i stood against the wall the officer approached me with his K-9 dog, which started to bark at me, so i asked the officer to hold his dog and he stated "NO! He's an officer and he can search you too". The officer then let the leash go and the dog jumped up on me and I tried to fend the dog off in an effort to save my life. The dog proceeded to bite me on multiple parts of my body and there was nothing i could really do to stop the dog from attacking me. At some point i lost consciousness and blacked out on the pavement. During the criminal trial i learned that at some point the officer proceeded to handcuff me and i was left faced down on the ground as i continued to lose blood because of my wounds and injuries. Post trial for the case regarding my arrest, I learned that another officer was in charge of me after the K-9 unit a police officer by the name of lemar Oliver shield #22896 was in charge of bringing any witness to the scene for identification purposes. This officer testified to what he observed at the scene after my attack. I heard him say that he could not remember if i was lying down, sitting, or standing up after the attack. he said he did not know if i had been handcuffed or not (Att 7) see Continued

Sidebar labels: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Due to the nature of the attack i recieved multiple dog bites on my left arm and a puncture within and through my muscle and viens just missing my main arteries at the elbow/forearm. On the left side of my neck I recieved another bite which pierced my vein and caused tears and ruptures in my neck. I was bitten on my left ear and it was punctured. I was also bitten in the head in the rear. I recieved staples in the head, was scheduled for skin graph surgery, and required severe treatment to stop the bleeding, heal the wounds, and to prevent infections.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___  No  ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). ___N/A___

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____  No ____  Do Not Know _✓_

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____  No ____  Do Not Know _✓_

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____  No _✓_

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____  No _✓_

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? ___N/A___

1. Which claim(s) in this complaint did you grieve? ___N/A___

2. What was the result, if any? ___N/A___

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. ___N/A___

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: ___N/A___

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: __N/A__

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. __Outside of the Scope of the DOCS Grievance Committe.__

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). __As a Result of my injuries from the dog Attack, Today i suffer from physical Ailments not to mention Mental Anguish And duress. I have severe pain, permanent damage to my Nerves And my left Arm where Noticeable Scars Remain visible from the dog bites i endured. I seek Relief of $7.8m, $7m in Compensatory damages, And $3m in duress, Mental Anguish And physical disability damages And 2-8 in punitive damages from police officer Philip lobello Shield # 21193 Individually.__

VI. **Previous lawsuits:**

| On these claims |

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

Rev. 05/2010                   5

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ___N/A___

Defendants ___N/A___

2. Court (if federal court, name the district; if state court, name the county) ___N/A___

3. Docket or Index number ___N/A___
4. Name of Judge assigned to your case ___N/A___
5. Approximate date of filing lawsuit ___N/A___
6. Is the case still pending? Yes ___ No _✓_
   If NO, give the approximate date of disposition ___N/A___
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ___N/A___

[On other claims]

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ___ No _✓_

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ___N/A___

Defendants ___N/A___

2. Court (if federal court, name the district; if state court, name the county) ___N/A___

3. Docket or Index number ___N/A___
4. Name of Judge assigned to your case ___N/A___
5. Approximate date of filing lawsuit ___N/A___
6. Is the case still pending? Yes ___ No _✓_
   If NO, give the approximate date of disposition ___N/A___
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ___N/A___

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 25 day of August, 2011.

        Signature of Plaintiff _Germaine Cunha_
        Inmate Number _11R0201_
        Institution Address _Great Meadow Corr-Fac-_
        _11739 State Route 22_
        _P.O. Box 51_
        _Comstock, NY 12821_

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 25 day of August, 2011, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

        Signature of Plaintiff: _Germaine Cunha_

Complaint
under the
Civil Rights Act, 42 U.S.C.

Attachment 1

---

And he did not testify that he handcuffed me at anytime. Eventually he testified that he remembered seeing blood on me. Oliver told the court that i was moved from the scene of the event later on that night. It must have been within a matter of hours but he said some other officers moved me before the paramedics arrived. He said they must have dragged me or lifted me. I was still unconscious at that time. And i think he also said he saw a lot of blood on me which means none of the officers on the scene really knew the extent of my injuries. I do not understand how if no EMT was present, how could they be able to make a judgment call as to moving me around. I do not have the minutes from the testimony at the time of submitting the claim but any corrections to the facts will be made when they are available. After i regained consciousness, I woke up in the hospital. I was told that i was in Lincoln hospital. I was in pain and experiencing extreme discomfort as i lay in the hospital. I was under the care of the attending physician, Alain Polynice, MD. The conditions upon which i was left to be cared for were poor in the since that the entire time i was in the hospital I was handcuffed to a bed my movement was limited as it was and the mobility i did have was severely impaired because of my injuries. Therefore i didn't understand why the DR. allowed the NYPD to cuff me to a bed the way that they did. I had multiple open wounds and injuries that required a high degree of care as i had been attacked by a dog. I did not feel as if the staff was concerned about caring for me or making sure i recieved the highest level of care. Every so often the staff would change my bandages but the person in charge of the medical attention was Dr. Polynice. When he spoke to me he seemed careless and nonchalant about my condition. I was in pain the whole time i was in the hospital and after i was released. Up until this day i still have lasting effects from the incident. Had i been given the proper treatment and attention at the hospital, Some of the damage could have been mitigated to reduce the side affects and muscle and tissue damage i deal with now. The level of care directed by Dr. Polynice has compromised my quality of life. I was treated like a second class patient.

United States District Court
Southern District of New York