AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| JERMAINE DUNHAM | ) |
| Plaintiff | ) |
| v. | ) Case No. 11-cv-01223-ALC-HBP |
| CITY OF NEW YORK, et al | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JERMAINE DUNHAM

Date: 11/14/2013

*Attorney's signature*

DAVID SEGAL(DS-5108)
*Printed name and bar number*

7 DEY ST   SUITE 1401
NEW YORK, NEW YORK 10007

*Address*

DAVIDSEGALLAW@GMAIL.COM
*E-mail address*

(212) 406-9200
*Telephone number*

(212) 406-9509
*FAX number*