# Exhibit A















