**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**JERMAINE DUNHAM,**

**Plaintiff**

-v.-

**CITY OF NEW YORK, ET AL.,**

**Defendants**

**11-CV-1223 (ALC)**

<u>**ORDER**</u>

12/26/19

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the Parties' letters regarding Defendants' request to bifurcate and stay *Monell* discovery, and for a pre-motion conference. ECF Nos. 124, 128. Pursuant to the Magistrate Judge's Order on December 17, 2019, ECF No. 130, the Parties will appear for an in-person conference on January 10, 2020. Accordingly, the Parties should submit a joint status report regarding Defendants' request on or before **January 17, 2020**.

**SO ORDERED.**

Dated:     New York, New York
          December 26, 2019

_____
     **ANDREW L. CARTER, JR.**
     **United States District Judge**