UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE DUNHAM,

                  Plaintiff,

against

CITY OF NEW YORK, LAMAR OLIVER, and PHILIP LOBELLO,

                  Defendants.

CIVIL ACTION NO.: 11 Civ. 1223 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Defendants' Letter-Motion to adjourn the January 17, 2020 in-person conference before the undersigned, and for extensions of time to file status reports to the Honorable Andrew L. Carter, Jr. and the undersigned (ECF No. 134) is GRANTED. The parties are directed to meet and confer and file a joint letter to the undersigned stating any remaining issues still in dispute by **Wednesday, January 29, 2020**. The In-Person Conference before the undersigned is adjourned to **Friday, January 31, 2020 at 11:00 am** in Courtroom 18A, 500 Pearl Street, New York, New York. The parties are directed to file a joint status report to Judge Carter regarding the Defendants' request to bifurcate and stay Monell discovery, and for a pre-motion conference (ECF No. 124) by **Monday, February 3, 2020**.

The Clerk of Court is respectfully directed to close ECF No. 134.

Dated:   New York, New York
         January 14, 2020

                                        SO ORDERED

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**