UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE DUNHAM,

        Plaintiff,

against

CITY OF NEW YORK, LAMAR OLIVER, and PHILIP LOBELLO,

        Defendants.

CIVIL ACTION NO.: 11 Civ. 1223 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court held an in-person status conference today, January 31, 2020, regarding the status of discovery. The parties confirmed that fact discovery with respect to the individual defendants is complete.

With regard to the Plaintiff's requests for production and notice of Rule 30(b)(6) deposition to Defendant City of New York (the "City") discussed in the parties' joint status report at ECF No. 136, if the Honorable Andrew L. Carter, Jr. denies Defendants' request to stay and bifurcate discovery related to Plaintiff's claims against the City pursuant to Monell v. City of New York Department of Social services, 436 U.S. 658 (1978), the City shall respond to all of Plaintiff's requests and Rule 30(b)(6) notice within fourteen days of Judge Carter's order.

The Court confirms that, with respect to the City, Plaintiff retains ability to serve up to 25 interrogatories, as permitted by Federal Rule of Civil Procedure 33.

Dated:        New York, New York
              January 31, 2020

                                        SO ORDERED

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**