USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERMAINE DUNHAM,<br><br>                  **Plaintiff**<br><br>     -v.-<br><br>CITY OF NEW YORK, ET AL.,<br><br>                 **Defendants** | 11-CV-1223 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Defendants' requests for a pre-motion conference and for bifurcation and a stay of discovery with respect to Plaintiff's municipal liability claims. ECF No. 124. The Court is also in receipt of Plaintiff's opposition to these requests, ECF No. 128, and the Parties' joint letter to the Court regarding these issues, ECF No. 138. The Court has determined that in the interest of efficiency and convenience, and to avoid undue prejudice, discovery should be bifurcated and stayed. *See, e.g., Brown v. City of New York*, No. 13-CV-6912, 2016 WL 616396, at *2 (S.D.N.Y. Feb. 16, 2016) ("[S]ince there is no finding of Monell liability without first finding a constitutional violation, in an effort to promote convenience and economy, courts in this circuit have bifurcated *Monell* claims and stayed their discovery until a plaintiff has succeeded in establishing liability on the part of the individual defendants."). Accordingly, Defendants' request for a stay and bifurcation of discovery with respect to Plaintiff's municipal liability claims is hereby **GRANTED**.

Defendants' request for a pre-motion conference is hereby **DENIED**. Defendants are **GRANTED** leave to file a motion for summary judgment, and the Parties are **ORDERED** to proceed in accordance with the following briefing schedule:

| | |
|---|---|
| Defendants' Brief | March 13, 2020 |
| Plaintiff's Response | April 10, 2020 |
| Defendants' Reply | April 24, 2020 |

SO ORDERED.

Dated: New York, New York
February 11, 2020

_____
ANDREW L. CARTER, JR.
United States District Judge