# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/19/2020

*New York,*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

**MEMO ENDORSED**

May 18, 2020

By ECF

The Honorable Andrew L. Carter, Jr.,
   Thurgood Marshall United States Courthouse,
      40 Foley Square,
         New York, NY 10007.

         Re: *Jermaine Dunham* v. *City of New York, et al.*, 11-CV-1223-ALC-SLC

Dear Judge Carter:

    We write on behalf of Plaintiff Jermaine Dunham in connection with the above-referenced action to respectfully request an extension of time from May 22, 2020 until June 5, 2020 in which to file Plaintiff's brief in opposition to Defendants' motion for summary judgment. Defendants' counsel, Joseph Zangrilli, consents to this request. We make this request in light of the ongoing coronavirus pandemic and its impact on our ability to work with our client to respond to the motion, including the delay in delivery of mail to the correctional facility where Mr. Dunham is incarcerated. This is Plaintiff's second request for an extension of time to file his opposition brief. Defendants have also requested an extension of the time for their reply brief from June 12, 2020 to June 29, 2020, and Plaintiff consents to that request.

         Respectfully,

         */s/ Max Brown*
         Stephen J. Elliott
         Jason E. Kornmehl
         Maxwell W. Brown
         SULLIVAN & CROMWELL LLP
         125 Broad Street
         New York, NY 10004-2498
         Telephone: (212) 558-4000
         Facsimile: (212) 558-3588

         *Counsel for Plaintiff Jermaine Dunham*

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
May 19, 2020