UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE DUNHAM,

                Plaintiff,

-v-

                CIVIL ACTION NO.: 11 Civ. 1223 (ALC) (SLC)

CITY OF NEW YORK, et al.,

                **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge:

      A Telephone Status Conference is scheduled for **Tuesday, April 27, 2021 at 2:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties should be prepared to discuss their availability for a settlement conference as well as their plan for expert discovery addressed in ECF No. 169.

Dated:      New York, New York
             April 14, 2021

                                            SO ORDERED

                                            _____
                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**