USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/26/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JERMAIN DUNHAM,** | |
| Plaintiff, | |
| -against- | **11-cv-1223 (ALC) (SLC)** |
| **CITY OF NEW YORK** and **PHILIP LOBELLO,** | **ORDER SETTING CONFERENCE** |
| Defendants. | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will hold a telephonic pretrial conference on **Thursday, October 28, 2021 at 10:30AM Eastern Time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:   October 26, 2021
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**