USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/27/2021__





**GEORGIA M. PESTANA**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**JOSEPH ZANGRILLI**
*Senior Counsel*
phone: (212) 356-2567
fax: (212) 356-3509
jzangril@law.nyc.gov

October 27, 2021

**VIA ECF**
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:  <u>Jermaine Dunham v. City of New York, et al.</u>,
             11 Civ. 1223 (ALC) (SLC)

Your Honor:

        I am Senior Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter.  Defendants write jointly on behalf of the parties to request an adjournment of the telephonic pretrial conference currently scheduled for October 28, 2021 at 10:30 a.m.  The reason for the request is that both parties have previously scheduled events that conflict with the conference.

        For convenience of the Court, the parties have determined that all sides are available on November 3rd between 12:00 p.m. and 4:00 p.m., all day on November 4th and after 12:00 p.m. on November 8th, November 9th and November 10th.

        Accordingly, the parties respectfully request to adjourn the October 28, 2021 conference.

<span style="color:red">The requested adjournment is hereby **GRANTED**.  The Court will set a new conference date by separate order.</span>

SO ORDERED:

*[signature]*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**Dated:** 10/27/2021

Respectfully submitted,

  /s/

Joseph Zangrilli
*Senior Counsel*
Special Federal Litigation Division

cc:    Steven Elliott, Esq. (by ECF)
        Jason Kornmehl, Esq. (by ECF)