```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  11/3/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE DUNHAM,

                              Plaintiff,

-against-

CITY OF NEW YORK and PHILIP LOBELLO,

                              Defendants.

11-cv-1223 (ALC) (SLC)

**ORDER SETTING CONFERENCE**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will hold a telephonic pretrial conference on **Monday, November 8, 2021 at 3:30PM Eastern Time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:    November 3, 2021
            New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**