**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/10/2021_____

> **JERMAINE DUNHAM,**
>
>                   **Plaintiff,**
>
>         -against-
>
> **PHILIP LOBELLO,**
>
>                 **Defendant.**

**11-cv-1223 (ALC)**

**<u>ORDER</u>**

**ANDREW L. CARTER, JR., United States District Judge:**

      Pursuant to the pretrial conference held on November 8, 2021, the Court orders that the caption be amended as shown above for the purposes of the upcoming trial.

**SO ORDERED.**

**Dated:** November 10, 2021
      New York, New York

                        **ANDREW L. CARTER, JR.**
                        **United States District Judge**