UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/18/2021_____

**JERMAIN DUNHAM,**

                        **Plaintiff,**

        -against-

**CITY OF NEW YORK** and **PHILIP LOBELLO,**

                       **Defendants.**

**11-cv-1223 (ALC) (SLC)**

<u>**ORDER**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the Parties' November 10, 2021 status report requesting a mid-July trial date. The Parties are directed to submit a status report detailing trial availability and blackout dates for the third quarter of next year on or before **April 15, 2022**.

**SO ORDERED.**

Dated:   November 18, 2021
             New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**