USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/25/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JERMAIN DUNHAM,

                       **Plaintiff,**

-against-

**CITY OF NEW YORK** and **PHILIP LOBELLO,**

                       **Defendants.**

**11-cv-1223 (ALC) (SLC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the parties' joint status report date April 14, 2022. The court will hold a four-day jury trial in this case beginning **October 27, 2022, at 9:30 a.m**. in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007. The Parties are reminded to review Judge Carter's Individual Practices on non-jury trials and comply with all deadlines therein.

    The Court will hold a telephonic pretrial conference in this action on **October 14, 2022 at 2:00PM Eastern Time**. All Parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:    August 25, 2022
              New York, New York

                                                _____
                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**