

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/29/2022

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **JOSEPH ZANGRILLI**<br>*Senior Counsel*<br>phone: (212) 356-2567<br>fax: (212) 356-3509<br>jzangril@law.nyc.gov |

August 26, 2022

**VIA ECF and Electronic Mail**
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007
ALCarterNYSDChambers@nysd.uscourts.gov

**MEMO ENDORSED**

    Re:    <u>Jermaine Dunham v. City of New York, et al.</u>,
             11 Civ. 1223 (ALC) (SLC)

Your Honor:

       I am Senior Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter. Defendants write to respectfully request an adjournment of the telephonic pretrial conference currently scheduled for September 1, 2022 at 10:00 a.m. Plaintiff's counsel, Steven. J. Elliott, Esq., consents to this request. The reason for the request is that I am scheduled to undergo a medical procedure on the September 1st and will be unavailable to appear. Subsequently, I anticipate being out of work for approximately one-week.

       For the convenience of the Court, the parties have determined that all sides are available on August 29th, August 30th and August 31st. In the event the Court is unable to accommodate the defendants' request, this Office will take the steps necessary to ensure that someone from the Corporation Counsel's Office is available to appear.

- 2 -

Accordingly, the defendants respectfully request to adjourn the September 1, 2022 telephonic pretrial conference.

Respectfully submitted,

/s/

Joseph Zangrilli
*Senior Counsel*
Special Federal Litigation Division

cc:   Steven J. Elliott, Esq. (by ECF)

Defendant's request is **DENIED** as the Court is unable to accommodate the adjournment.

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
Dated: 8/29/2022