| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | USDC SDNY |
| **SOUTHERN DISTRICT OF NEW YORK** | DOCUMENT |
| ------------------------------------------------------------x | ELECTRONICALLY FILED |
| **JERMAINE DUNHAM** : | DOC#: _____ |
| : | DATE FILED: _10/21/2022_ |
| **Plaintiff,** : | |
| : | **1:11-cv-1223 (ALC)** |
| -against- : | |
| : | **ORDER** |
| **CITY OF NEW YORK** and **PHILIP** : | |
| **LOBELLO,** : | |
| **Defendants.** : | |
| ------------------------------------------------------------x | |

**ANDREW L. CARTER, JR., United States District Judge:**

It is **ORDERED** that the parties shall submit their respective proposed jury instructions and proposed voir dire questions no later than **November 4, 2022.**

**SO ORDERED.**

**Dated: October 21, 2022**
  New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**