```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
    JERMAINE DUNHAM                           :
                                              :
                            Plaintiff,        :
                                              :     1:11-cv-1223 (ALC)
            -against-                         :
                                              :     ORDER
    CITY OF NEW YORK and PHILIP               :
    LOBELLO,                                  :
                            Defendants.       :
-----------------------------------------------------------x
```

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Defendants' letter motion requesting an extension to file the parties' proposed jury instructions and *voir dire*. ECF No. 203. It is hereby **ORDERED** that the parties shall submit their respective proposed jury instructions and *voir dire* questions no later than **Wednesday, November 9, 2022**. Additionally, a telephonic conference shall be held on **Monday, November 7, 2022 at 11:30 a.m.** All parties should contact the Court at **1-888-363-4749 (access code: 3768660).**

**SO ORDERED.**

Dated:   November 3, 2022
         New York, New York

                                              _____
                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**