**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

JERMAINE DUNHAM                                        :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/7/2022

                                                                :
                                              **Plaintiff,**   :
                                                                :      **1:11-cv-1223 (ALC)**
             -against-                                   :
                                                                :      **ORDER**
CITY OF NEW YORK and **PHILIP**          :
**LOBELLO,**                                            :
                                       **Defendants.**   :

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed in today's Court Conference:

- All deadlines related to this matter are held in abeyance until after the Court resolves Defendants' motion for reconsideration.

In follow-up from the Conference:

- **November 10, 2022:** The parties are hereby **ORDERED** to file opening letter briefs addressing the timeliness of Defendants' motion for reconsideration.
- **November 14, 2022:** Any response to the opening letter brief will be filed on this date.

**SO ORDERED.**

**Dated:   November 7, 2022**
          **New York, New York**                          _____
                                                                      **ANDREW L. CARTER, JR.**
                                                                      **United States District Judge**