**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | |
|---|---|
| JERMAINE DUNHAM | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | : |
| | : |
| CITY OF NEW YORK and PHILIP | : |
| LOBELLO, | : |
| Defendants. | : |

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/16/2022_____

1:11-cv-1223 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' letter briefs addressing the timeliness of Defendants'

motion for reconsideration. *See* ECF Nos. 207-210. A telephonic conference shall be held on

**Thursday, November 17, 2022 at 2:00 p.m.** All parties should contact the Court at **1-888-363-**

**4749 (access code: 3768660).**

**SO ORDERED.**

**Dated:   November 16, 2022**
          **New York, New York**

_____
          **ANDREW L. CARTER, JR.**
          **United States District Judge**