UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
   **JERMAINE DUNHAM**

                  **Plaintiff**,

       **-against-**

   **CITY OF NEW YORK** and **PHILIP LOBELLO**,

                 **Defendants.**
-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/17/2022

1:11-cv-1223 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed in today's Court Conference:

- The Defendants' Motion for Reconsideration is **DENIED.**
- The final pretrial conference will be held on **December 5, 2022 at 3:00 p.m.** by telephone. All parties should contact the Court at **1-888-363-4749 (access code: 3768660).**
- Trial will commence in this matter on **December 7, 2022.**

In follow-up from the Conference:

- **November 28, 2022:** The parties are hereby **ORDERED** to file opening motions in limine their proposed jury instructions and *voir dire* questions by this date.
- **November 30, 2022:** Any response to the motions are due by this date.

**SO ORDERED.**

**Dated:   November 17, 2022**
         **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**