**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| JERMAINE DUNHAM,<br>Plaintiff,<br>-against-<br>PHILIP LOBELLO,<br>Defendant. | ) | No. 11-cv-01223-ALC-SLC |

**NOTICE OF PLAINTIFF'S MOTION IN LIMINE**
**TO EXCLUDE HIS CRIMINAL CONVICTIONS (Pl. MIL No. 1)**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Plaintiff's Motion in Limine to Exclude His Criminal Convictions (Pl. MIL No. 1), dated November 28, 2022, Plaintiff Jermaine Dunham will move this Court, before the Honorable Andrew L. Carter, United States District Judge, on December 7, 2022, at the United States Courthouse, 40 Foley Square, New York, New York 10007, for an Order excluding from the trial of this action any evidence relating to Mr. Dunham's prior criminal convictions.

Dated: New York, New York
November 28, 2022

*/s/ Stephen J. Elliott*
Stephen J. Elliott
Alexandra Bodo
Cooper M. D'Agostino
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for Plaintiff Jermaine Dunham*