| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____ |
| JERMAINE DUNHAM         : | DATE FILED: 12/1/2022 |

-------------------------------------------------------------x
JERMAINE DUNHAM                                       :
                                                                         :
                                    Plaintiff,         :
                                                                         :       1:11-cv-1223 (ALC)
                    -against-                          :
                                                                         :       <u>ORDER</u>
CITY OF NEW YORK and PHILIP        :
LOBELLO,                                                 :
                                                                         :
                                    Defendants.    :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Due to a scheduling conflict in the Court's calendar, the pre-trial conference scheduled for December 5, 2022 and the trial scheduled for December 7, 2022 are hereby **ADJOURNED**. The parties are **ORDERED** to file a joint status report by **December 6, 2022** indicating their availability for trial in the months of January and February 2023 and advising the Court as to the length of the trial.

**SO ORDERED.**

**Dated:   December 1, 2022**
             New York, New York                                     _____
                                                                                        **ANDREW L. CARTER, JR.**
                                                                                        **United States District Judge**