```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JERMAINE DUNHAM                       :
                                      :
                         Plaintiff,   :
                                      :     1:11-cv-1223 (ALC)
            -against-                 :
                                      :     **ORDER**
PHILIP LOBELLO,                       :
                                      :
                         Defendants.  :
                                      :
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' joint status report. ECF No. 235. The parties are hereby **ORDERED** to submit a joint status report by **February 3, 2023** advising the Court on their availability for trial on the week of February 27, 2023.

**SO ORDERED.**

**Dated:  February 1, 2023**
        New York, New York

                                                    _____
                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**