```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
    JERMAINE DUNHAM                       :
                                          :
                              Plaintiff,  :
                                          :     1:11-cv-1223 (ALC)
           -against-                      :
                                          :     ORDER
    PHILIP LOBELLO,                       :
                              Defendant.  :
                                          :
-----------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/3/2023__

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' joint status report indicating their availability for trial. ECF No. 239. The Court will hold a telephonic Final Pre-Trial Conference on **April 18, 2023 at 3:30 P.M.** All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

Trial will begin on **April 24, 2023.**

**SO ORDERED.**

Dated:   February 3, 2023
         New York, New York

*/s/ Andrew L. Carter*

                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**