UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------x
   JERMAINE DUNHAM                    :
                                      :
                          Plaintiff,  :
                                      :    1:11-cv-1223 (ALC)
        -against-                     :
                                      :    ORDER
   PHILIP LOBELLO,                    :
                          Defendants. :
                                      :
-----------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/1/2023

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Plaintiff's letter requesting a two-day adjournment of the scheduled trial date in the above-captioned matter. ECF No. 241. Plaintiff's unopposed request is hereby **GRANTED**.

Trial will begin on **Wednesday**, **April 26, 2023**.

**SO ORDERED.**

Dated:   March 1, 2023
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**