USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JERMAINE DUNHAM,

                      Plaintiff,

          -against-                      11-cv-1223 (ALC)

PHILIP LOBELLO,                      <u>ORDER</u>

                      Defendants.
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Defendants filed a *Daubert* motion seeking to preclude Plaintiff's expert Dr. Marc Serota from testifying at trial. *See* ECF No. 217 at 21-26. Plaintiff filed Dr. Serota's resume on November 28, 2022. ECF No. 228-3. Neither party appears to have filed the expert report at issue. Defendants are hereby **ORDERED** to file this expert report by **Friday April 14, 2023 at 12:00 PM eastern time.**

**SO ORDERED.**

Dated:    April 13, 2023
             New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**