MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _4/24/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
JERMAINE DUNHAM,

                                Plaintiff,

        - against –

PHILIP LOBELLO ET AL.,

                               Defendants.
------------------------------------------------------------------------ x

**ORDER**

11-CV-1223(ALC)

**ANDREW L. CARTER, JR., United States District Judge**

      **IT IS HEREBY ORDERED:** that the Court Security Officers or other individuals in charge of admitting the public into the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, allow counsel for the defendants, attorneys with the Office of Corporation Counsel, to bring a firearm, sealed in New York Police Department evidence pouches, having been vouchered as evidence by the New York City Police Department pertaining to the above captioned matter, into the United States District Court so that it may be used for the purpose of trial before the Honorable Andrew L. Carter, Jr., beginning on April 26, 2023, and continuing until on or about May 5, 2023.

Dated:      New York, New York
              April 24, 2023

                                                  _/s/ Andrew L. Carter, Jr._
                                                  THE HONORABLE ANDREW L. CARTER, JR.
                                                  UNITED STATES DISTRICT JUDGE