ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
JERMAINE DUNHAM,                                    :
                                                    :
                            Plaintiff,              :
                                                    :           11-CV-1223 (ALC)
            -against-                               :
                                                    :           MEAL/REFRESHMENT
PHILIP LOBELLO,                                     :           ORDER FOR JURORS
                                                    :
                            Defendant.              :           USDC SDNY
                                                    :           DOCUMENT
                                                    :           ELECTRONICALLY FILED
                                                    :           DOC#: _____
------------------------------------------------------------------- x           DATE FILED: 5-2-23

ANDREW L. CARTER, JR., District Judge:

     IT IS HEREBY ORDERED that the jurors empaneled and sworn in the above captioned case be provided with light refreshments and/or necessary meals during the duration of the trial.

     Should the Jury Panel remain in the Courthouse, and necessary refreshments and/or meals are brought in, a gratuity of 15% of the total bill is authorized.

SO ORDERED.

Dated:    New York, New York
           April 26, 2023

                                                ANDREW L. CARTER, JR.
                                                United States District Judge