ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

JERMAINE DUNHAM,

                         Plaintiff,

     -against-

PHILIP LOBELLO,

                        Defendant.

-------------------------------------------------------------------- x

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC#: _____ |
| DATE FILED:  5-2-23 |

**11-CV-1223 (ALC)**

MEAL/REFRESHMENT
ORDER FOR JURORS

**ANDREW L. CARTER, JR., District Judge:**

       IT IS HEREBY ORDERED that the jurors empaneled and sworn in the above captioned case be provided with light refreshments and/or necessary meals during the duration of the trial.

       Should the Jury Panel remain in the Courthouse, and necessary refreshments and/or meals are provided the total bill is authorized.

**SO ORDERED.**

Dated:     **New York, New York**
            **April 26, 2023**

                            **ANDREW L. CARTER, JR.**
                            **United States District Judge**