USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/5/23

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

  **JERMAINE DUNHAM,**

                 **Plaintiff,**

              **11-cv-1223 (ALC)**

      -against-

              **ORDER**

  **PHILIP LOBELLO ET AL,**

              **Defendants.**

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Plaintiff's pre-motion conference letter. ECF No. 289. The Defendants are hereby **ORDERED** to respond to Plaintiff's letter on or by **September 6, 2023.**

**SO ORDERED.**

**Dated:**   **September 5, 2023**
           **New York, New York**

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**