USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/11/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JERMAINE DUNHAM,                          :
                                          :
                            Plaintiff,    :
                                          :     11-cv-1223 (ALC)
            -against-                     :
                                          :     **ORDER**
PHILIP LOBELLO ET AL.,                    :
                                          :
                            Defendants.   :
                                          :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' letters. ECF Nos. 289, 291, 292. The Court will hold a telephonic conference on **September 13, 2023 at 4:15 P.M. Eastern Time.** All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660).**

**SO ORDERED.**

Dated:   September 11, 2023
         New York, New York

*[signature]*

**ANDREW L. CARTER, JR.**
**United States District Judge**