```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/13/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
   JERMAINE DUNHAM,                     :

                                    Plaintiff,  :
                                                :   11-cv-1223 (ALC)
          -against-                     :
                                                :   **ORDER**
   PHILIP LOBELLO ET AL.,           :
                               Defendants.  :

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed in today's conference, Defendants are hereby **ORDERED** to file a status report on or by **September 20, 2023** advising the Court of the status of the Office of Victim Service's investigation and the status of the settlement payment.

**SO ORDERED.**

Dated:   September 13, 2023
           New York, New York

                                                                _____
                                                                 **ANDREW L. CARTER, JR.**
                                                                  **United States District Judge**