```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _9/21/23_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JERMAINE DUNHAM,                          :
                                          :
                          Plaintiff,      :
                                          :     11-cv-1223 (ALC)
             -against-                    :
                                          :     **ORDER**
PHILIP LOBELLO ET AL.,                    :
                          Defendants.     :
                                          :
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' joint letter. ECF No. 295. The parties are hereby **ORDERED** to file a joint status report on or by **October 3, 2023** advising the Court of the status of the settlement payment.

**SO ORDERED.**

Dated:   September 21, 2023
         New York, New York

_/s/ Andrew L. Carter, Jr._
_____
**ANDREW L. CARTER, JR.
United States District Judge**