USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/10/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

JERMAINE DUNHAM,

                   Plaintiff,

-against-

PHILIP LOBELLO ET AL.,

                   Defendants.

-----------------------------------------------------------x

11-cv-1223 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' joint letter. ECF No. 297. The parties are hereby **ORDERED** to file a joint status report on or by **October 13, 2023** addressing the issue of interest due to Plaintiff.

**SO ORDERED.**

Dated:   October 10, 2023
            New York, New York

                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**